No. 10–6758. WATERS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6770. BELL v. WOODS ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6771. JOSEPH v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–6772. VINH QUOC TA v. WALKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6781. PARKS v. EDGEWATER CASINO ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6784. SULLIVAN v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–6791. CORMIER v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 10–6796. WILSON v. TERRY, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 10–6800. CASILLA v. RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6802. EDWARDS v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–6809. WELLS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–6812. SOLIS VELA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–6813. WANZER v. VELASQUEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6817. MCCURRY v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6820. BARRIOS v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.